**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KATHLEEN HERMAN, | ) |
| | ) |
|        Plaintiff | ) |
| | ) |
|    v. | ) |
| | )  **Case No.: 2:12-cv-02304-RB** |
| | ) |
| | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| | ) |
| | ) |
|        Defendant | ) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal

with prejudice without cost to either party.


*/s/ Craig Thor Kimmel*                  */s/ Ross S. Enders*

Craig Thor Kimmel, Esquire           Ross S. Enders Esquire

Attorney ID #57100                     Attorney ID # 89840

Kimmel & Silverman, P.C.            Sessions, Fishman, Nathan & Israel, LLC

30 East Butler Pike                    200 Route 31 North, Ste. 203

Ambler, PA 19002                    Flemington, NJ 08822

Phone: (215) 540-8888             Phone: (908) 751-5941

Fax: (877) 788-2864                Fax: (908) 751-5944

Email: kimmel@creditlaw.com      Email: rsenders@sessions-law.biz

Attorneys for Plaintiff             Attorney for Defendant


DATED: August 9, 2012


BY THE COURT:


_____

                                   J.