# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHLEEN HERMAN, )
)
    Plaintiff )
v. )
) **Case No.: 2:12-cv-02304-RB**
)
NCO FINANCIAL SYSTEMS, INC., )
)
    Defendant )

**FILED**

AUG 1 0 2012

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for all parties hereto stipulate to the dismissal with prejudice without cost to either party.

/s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID #57100
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: kimmel@creditlaw.com
Attorneys for Plaintiff

/s/ Ross S. Enders
Ross S. Enders Esquire
Attorney ID # 89840
Sessions, Fishman, Nathan & Israel, LLC
200 Route 31 North, Ste. 203
Flemington, NJ 08822
Phone: (908) 751-5941
Fax: (908) 751-5944
Email: rsenders@sessions-law.biz
Attorney for Defendant

DATED: August 9, 2012

BY THE COURT:

_____ J.